# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

DONNA LYNN MARTIN                                        PLAINTIFF

vs.                                      Civil Action No. 3:06-cv-110 HTW-LRA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                        DEFENDANT


## ORDER OF DISMISSAL

All parties having agreed to and announced to the court a settlement of this

case, and the court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed without prejudice as to all

parties.

If any party fails to consummate this settlement within **TWENTY (20) DAYS**,

any aggrieved party may reopen the case for enforcement of the settlement

agreement and, if successful, all additional attorney fees and costs from the date of

this order shall be awarded such aggrieved party or parties against the party failing to

consummate the agreement.


**SO ORDERED, this the 9th day of February, 2009.**

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**